**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **IN RE:** | : | **CASE NO.: 14-52174** |
| | | |
| **CHRISTOPHER KATSARES** | : | **CHAPTER 13** |
| **KIESHA M. KATSARES** | | |
| **DEBTORS** | : | **JUDGE HOFFMAN** |

**NOTICE OF CHANGE OF ADDRESS**

**PLEASE TAKE NOTICE** that Debtors' residential address is as follows:

**102 Huron Avenue**
**Tampa, FL  33606**

Respectfully submitted,

/s/Robert J. Morje_____
Robert J. Morje                 (0020210)
McInturff  & Morje LLC
Attorney for Debtors
PO Box 6545
Columbus, Ohio  43206
(614) 464-2235
(614) 588-8826 (fax)
robert@judithmcinturff.com

**CERTIFICATE OF SERVICE**

**I hereby certify that on October 15, 2015, a copy of the foregoing** NOTICE OF CHANGE OF ADDRESS **was served on the following registered ECF participants, electronically through the court's ECF System at the email address registered with the court:**

  Asst US Trustee (Col)     ustpregion09.cb.ecf@usdoj.gov
  Faye D. English     notices@ch13columbus.com
  Brian M Gianangeli     bgianangeli@mifsudlaw.com
  Judith M McInturff     court@judithmcinturff.com, MacandMorj@gmail.com
  Robert J Morje     rmorje.attorney@gmail.com, MacandMorj@gmail.com

**and on the following by ordinary U.S. Mail addressed to:**
Christopher and Kiesha Katsares
102 Huron Avenue
Tampa, FL  33606

/s/Robert J. Morje_____
Robert J. Morje                 (0020210)